## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PERCY MYRICK,** ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **DR. BUTALID, DR. SHAH, MS. KERR,** ) | CASE NO.   14.-1303-SCW |
| **RAND GROUND, S A GODINEZ and** ) | |
| **SARAH JOHNSON,** ) | |
| ) | |
| ) | |
|         Defendant(s). ) | |

### JUDGMENT IN A CIVIL CASE

This case was dismissed with prejudice by and Order entered by Magistrate Judge Stephen C. Williams on July 21, 2016 (Doc. 63).

THEREFORE, judgment is entered in favor of Defendants **DR. BUTALID, DR. SHAH, MS. KERR, RAND GROUND, S A GODINEZ**, and **SARAH JOHNSON** and against Plaintiff **PERCY MYRICK.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 21st day of July, 2016

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:** *<u>/s/ Angela Vehlewald</u>*
**Deputy Clerk**

**Approved by** <u>*/s/ Stephen C. Williams*</u>
**United States Magistrate Judge**
**Stephen C. Williams**